# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| SIERRA PACIFIC POWER COMPANY, <br> Petitioner, <br> vs. <br> THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF WASHOE; AND THE HONORABLE DAVID A. HARDY, DISTRICT JUDGE, <br> Respondents, <br> and <br> COUNTRY MUTUAL INSURANCE COMPANY, <br> Real Party in Interest. | No. 81392 <br><br> **FILED** <br><br> APR 13 2021 <br><br> ELIZABETH A. BROWN <br> CLERK OF SUPREME COURT <br> BY _____ <br> DEPUTY CLERK |

## ORDER DISMISSING PETITION

Pursuant to the stipulation of the parties, and cause appearing, this petition is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. David A. Hardy, District Judge
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
Lemons, Grundy & Eisenberg
Watkins & Letofsky, LLP
Silver State Law LLC
Wright, Finlay & Zak, LLP/Las Vegas
Washoe District Court Clerk

21-10649